UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DELISA M. HARRIS,<br><br>　Plaintiff,<br><br>v.<br><br>MEI AUTO FINANCE, INC.<br><br>　Defendant. | Case No. 4:21-cv-01377-P |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DELISA M. HARRIS, and the Defendant MEI AUTO FINANCE, INC., through their respective counsel that the above-captioned action is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 27, 2022                                                    Respectfully Submitted,

DELISA M. HARRIS,                                                     MEI AUTO FINANCE, INC.,

*/s/ Mohammed O. Badwan*                                         */s/ Grey Pierson*
Mohammed O. Badwan                                                 Grey Pierson
SULAIMAN LAW GROUP, LTD.                                  State Bar No. 16002500
2500 South Highland Avenue                                         PIERSON BEHR, ATTORNEYS
Suite 200                                                                         1521 North Cooper Street, Suite 750
Lombard, Illinois 60148                                                  Arlington, Texas 76011-5580
(630) 575-8180                                                                (817) 265-7771
mbadwan@sulaimanlaw.com                                         Fax: (817) 861-9008
*Counsel for Plaintiff*                                                      Email: gp@piersonbehr.com
                                                                                          *Counsel for Defendant*

*/s/ Nayeem N. Mohammed*
Nayeem N. Mohammed, Esq.
State Bar No. 24082001
539 W. Commerce St. Ste. 1899
Dallas, Texas 75208
Tel: (972) 767-9099
nayeem@nnmpc.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify on April 27, 2022, I electronically filed with the Clerk of the U.S. District Court, Northern District of Texas, the foregoing document using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

                                                          */s/ Mohammed O. Badwan*